```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12774
   TARA LOCKHART
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9200


----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/20/08 .

   2.  The case was converted to Chapter 7 without confirmation, 11/10/2008.

   3.  The Debtor paid a total of $   1950.00 .

   4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME            CLASS              CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
----------------------------------------------------------------------------
WMC MORTGAGE CORP        CURRENT MORTG             .00             .00             .00
WMC MORTGAGE CORP        MORTGAGE ARRE  NOT FILED                  .00             .00
HOMEQ SERVICING CORP     SECURED                   .00             .00             .00
HOMEQ SERVICING CORP     MORTGAGE ARRE  NOT FILED                  .00             .00
CHRYSLER FINANCIAL SVC A SECURED VEHIC             .00             .00         1160.00
ALLIANCE DATA SYSTEMS    SECURED                   .00             .00          200.00
CAPITAL ONE BANK         UNSECURED      NOT FILED                  .00             .00
CAPITAL ONE BANK         UNSECURED      NOT FILED                  .00             .00
CDA PONTIAC              UNSECURED      NOT FILED                  .00             .00
CPI CORPORATION          UNSECURED      NOT FILED                  .00             .00
HRRG                     UNSECURED      NOT FILED                  .00             .00
INSTITUTE FOR PERSONAL D UNSECURED      NOT FILED                  .00             .00
JOLIET ONCOLOGY HEMATOLO UNSECURED      NOT FILED                  .00             .00
ST JOSEPH HOSPITAL       UNSECURED      NOT FILED                  .00             .00
NICOR GAS                UNSECURED      NOT FILED                  .00             .00
NATIONAL STUDENT LOAN PR UNSECURED      NOT FILED                  .00             .00
ANDERSON CRENSHAW & ASSO UNSECURED      NOT FILED                  .00             .00
CCB                      UNSECURED      NOT FILED                  .00             .00
RACINE COUNTY CIRCUIT CO UNSECURED      NOT FILED                  .00             .00
SPRINT NEXTEL            UNSECURED      NOT FILED                  .00             .00
----------------------------------------------------------------------------
CREDITOR NAME            CLASS              CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
----------------------------------------------------------------------------
TCF BANK                 UNSECURED      NOT FILED                  .00             .00
         Summary of disbursements:
----------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER           TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00        .00             .00
PRINCIPAL PAID     1360.00         .00         .00        .00         1360.00
```

```
INTEREST PAID                    .00            .00         .00            .00            .00
TOTAL PAID                   1360.00            .00         .00            .00        1360.00
```

The Debtor's attorney, THOMAS M BRITT                , was allowed $   3500.00
and was paid $     726.00  direct and $     476.91  through the plan.

The Trustee received $     113.09 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


       Dated: 02/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                  PAGE   2
           CASE NO. 08 B 12774 TARA LOCKHART